UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL AMARO MENDOZA,<br><br>                  Plaintiff,<br><br>-against-<br><br>EMPIRE SEWER & WATER INC. and FRANK SALGADO,<br><br>                  Defendants. | 23-CV-7796 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On September 1, 2023, Plaintiff filed its complaint with the Court. ECF No. 1. Defendant was served with the complaint on October 10, 2023, and proof of service was filed with the Court on October 11, 2023. ECF No. 10. To date, Defendant has not appeared in this action and has not answered or otherwise responded to the complaint. The deadline for Defendant to answer elapsed on October 31, 2023. Accordingly, **the initial pretrial conference scheduled for November 29, 2023 is hereby ADJOURNED** *sine die*.

In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **December 15, 2023**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: November 27, 2023
       New York, New York

                                                SO ORDERED.

                                                *Jessica Clarke*

                                                JESSICA G. L. CLARKE
                                                United States District Judge